IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF OREGON, | No. C 11-05384 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| MCKESSON CORPORATION, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 13, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 8, 2013.

DESIGNATION OF EXPERTS: 2/18/13; REBUTTAL: 3/4/13.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 20, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by April 5, 2013;

Opp. Due April 19, 2013; Reply Due April 26, 2013;

and set for hearing no later than May 10, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 25, 2013 at 3:30 PM.

JURY TRIAL DATE: July 8, 2013 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court set the case management conference in all three related cases to occur on 4/13/12 at 3:00 p.m. (C-10-4743 SI and C-11-2782)

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/20/12

SUSAN ILLSTON
United States District Judge