1  Jeff D. Friedman (173886)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, CA  94710
3  Telephone:  (510) 725-3000
   Facsimile:  (510) 725-3001
4  jefff@hbsslaw.com

5  Steve W. Berman
   Barbara A. Mahoney
6  HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 Eighth Avenue, Suite 3300
7  Seattle, WA  98101
   Telephone:  (206) 623-7292
8  Facsimile:  (206) 623-0594
   steve@hbsslaw.com
9  barbaram@hbsslaw.com

10 Counsel for Plaintiff

11 [*Additional Counsel Listed on Signature Page*]

12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16 | STATE OF OREGON, | ) | No. C11-5384-SI |
|---|---|---|
|  | ) |  |
17 | Plaintiff, | ) | STIPULATION OF DISMISSAL |
|  | ) |  |
18 | v. | ) |  |
|  | ) |  |
19 | MCKESSON CORPORATION, | ) |  |
|  | ) | DATE ACTION FILED:  Nov. 7, 2011 |
20 | Defendant. | ) |  |

001821-29  559559 V1

1   PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1),

2   Plaintiff State of Oregon and Defendant McKesson Corporation hereby stipulate to the dismissal of

3   the State of Oregon's claims in this action with prejudice, and with each party to bear its own costs.

4

5   DATED:  October 18, 2012

6   THE STATE OF OREGON                           MCKESSON CORPORATION

7
    By:___/s/ Steve W. Berman_____           By:_____/s/ Paul Flum_____ _
8       Steve W. Berman (*pro hac vice*)                Paul Flum

9   Barbara A. Mahoney (*pro hac vice*)          Melvin R. Goldman
    Hagens Berman Sobol Shapiro LLP              James P. Bennett
10  1918 Eighth Avenue, Suite 3300               Morrison & Foerster LLP
    Seattle, WA  98101                           425 Market Street
11  Telephone:  (206) 623-7292                   San Francisco, CA 94105-2482
    Facsimile:   (206) 623-0594                  Telephone: (415) 268-7000
12  steve@hbsslaw.com                            Facsimile: (415) 268-7522
    barbaram@hbsslaw.com                         pflum@mofo.com
13                                               mgoldman@mofo.com
    Jeff D. Friedman (173886)                    jbennett@mofo.com
14  Hagens Berman Sobol Shaprio LLP
    715 Hearst Avenue, Suite 202                 Counsel for Defendant McKesson
15  Berkeley, CA  94710                          Corporation
    Telephone:  (510) 725-3000
16  Facsimile:   (510) 725-3001
    jefff@hbsslaw.com
17
    Ellen Rosenblum, Attorney General
18  Oregon Department of Justice

19  Rodney Hopkinson
    Elizabeth A. Ballard
20  Sheen Wu
    Medicaid Fraud Unit
21  Attorney General/Department of Justice
    1515 SW Fifth Avenue, Suite 410
22  Portland, OR 97201
    Telephone:  (971) 673-1926
23  Fax: (971) 673-1890
    Rodney.Hopkinson@doj.state.or.us
24  elizabeth.a.ballard@doj.state.or.us
    sheen.wu@doj.state.or.us
25
    Counsel for Plaintiff State of Oregon
26

27

28

STIPULATION OF DISMISSAL – Case No. CV-11-5384-SI        - 1 -

001821-29  559559 V1

*Seal: UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Judge Susan Illston*

- 2 -

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 18, 2012, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                        /s/ Steve W. Berman  
                        STEVE W. BERMAN

001821-29  559559 V1